Bradley T. Austin, Esq.
Nevada Bar No. 13064
**SNELL & WILMER L.L.P.**
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Tel. (702) 784-5200
Fax. (702) 784-5252
baustin@swlaw.com

*Attorneys for Nominal Defendant Red Cat Holdings and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, Geoffrey Hitchcock, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., Christopher R. Moe and Paul E. Funk*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA HENDERSON, derivatively on behalf of RED CAT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY THOMPSON, LEAH LUNGER, JOSEPH HERNON, GEORGE MATUS, GEOFFREY HITCHCOCK, BRENDAN STEWART, JOSEPH FREEDMAN, NICHOLAS LIUZZA, JR., CHRISTOPHER R. MOE, and PAUL E. FUNK,<br><br>Defendants,<br><br>and<br><br>RED CAT HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00054-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AND SET BRIEFING SCHEDULE REGARDING VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT [ECF NO. 1]**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Vanessa Henderson ("Plaintiff")

and Nominal Defendant Red Cat Holdings, Inc. ("Red Cat") and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, George Matus, Geoffrey Hitchcock, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., Christopher R. Moe, and Paul E. Funk (with Red Cat, "Defendants" and together with Plaintiff the "Parties"), by and through their respective counsel, hereby stipulate to stay the above-captioned action (the "Action"). This is the Parties' first request to stay these proceedings or to otherwise extend the deadline for any responses to Plaintiff's Verified Shareholder Derivative Complaint ("Complaint"). The Parties stipulate and agree as follows:

WHEREAS, on January 26, 2026, Plaintiff filed the Complaint in the Action and duly served Red Cat on January 30, 2026;

WHEREAS, a related federal securities fraud class action captioned *Olsen v. Red Cat Holdings, Inc, et al.*, No. 2:25-cv-05427-MEF-JSA (the "Securities Action") is pending before the Hon. Michael E. Farbiarz in the U.S. District Court for the District of New Jersey;

WHEREAS, the Securities Action arises from similar facts and also names as defendants six of the Defendants in this Action;

WHEREAS, on February 18, 2026, the Court in the Securities Action appointed a lead plaintiff and counsel, and on March 19, 2026, entered an order setting forth a schedule for the filing of an amended complaint or other designation of the operative complaint, and for the filing of defense motions to dismiss the operative complaint;

WHEREAS, the Parties in this Action agree that the Court's ruling on the anticipated motion to dismiss the operative complaint in the Securities Action will inform proceedings in this Action;

**NOW, THEREFORE**, the parties stipulate and agree, subject to the order of the Court, that:

1. The Individual Defendants hereby accept service of the Complaint.

2. The Action, including but not limited to any conferences, obligations to respond to the Complaint, and all discovery and disclosure obligations under the applicable federal and local rules, is hereby STAYED until pending resolution of the motion to dismiss in the Securities Action.

3. The Parties shall meet and confer regarding consolidation of any shareholder derivative action filed in, removed to, or transferred to this Court that any Party determines is related to this Action and an application for consolidation of such a shareholder derivative action may be made by Plaintiff or the Parties, jointly, and may be ruled on, notwithstanding the stay, and an application for appointment of leadership for plaintiffs may be made by Plaintiff, and may be ruled on, notwithstanding the stay if such appointment by the Court has not already been made.

4. Plaintiff may amend the Complaint during the stay. Defendants shall have no obligation to respond to any amended complaint until the stay is lifted and the Parties have filed with the Court a proposed scheduling order governing further proceedings.

5. Within fourteen (14) days from the date that the stay is lifted, the Parties shall meet and confer and submit a proposed scheduling order to the Court for further proceedings.

**IT IS SO STIPULATED.**

Dated: April 15, 2026

By: <u>*/s/ Joseph Went*</u>
Joseph Went, Esq.
Nevada State Bar #9220
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: (702) 669-4619
Email: jwent@hollandhart.com

Darren G. Reid
Zachary D. Williams
*pro hac vice* forthcoming
HOLLAND & HART LLP
222 South Main Street, Suite 2200 Salt
Lake City, UT 84101
Telephone: (801) 79905952
Email: dgreid@hollandhart.com Email:

Dated: April 15, 2026

By: <u>*Matthew L. Sharp*</u>
Matthew L. Sharp, Esq.
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
(775) 324-1500
Email: matt@mattsharplaw.com

Thomas J. McKenna, Esq.
Gregory M. Egleston, Esq.
Christopher M. Brain, Esq.
*pro hac vice* forthcoming
GAINEY McKENNA & EGLESTON
260 Madison Ave., 22nd Floor
New York, NY 10016
(212) 983-1300

zdwilliams@hollandhart.com

*Attorneys for Defendant George Matus*

tjmckenna@gme-law.com
gegleston@gme-law.com

*Attorneys for Plaintiff Vanessa Henderson*

Dated: April 15, 2026

By: /s/ *Bradley Austin*
Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Tel. (702) 784-5200
Fax. (702) 784-5252
baustin@swlaw.com

Robert D. Weber
*pro hac vice* forthcoming
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600 Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

*Attorneys for Nominal Defendant Red Cat and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, Geoffrey Hitchcock, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., Christopher R. Moe and Paul E. Funk*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

Dated: April 16, 2026