Bradley T. Austin
Nevada Bar No. 13064
**SNELL & WILMER L.L.P.**
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Tel. (702) 784-5200
Fax. (702) 784-5252
baustin@swlaw.com

*Attorneys for Nominal Defendant Red Cat Holdings and Individual Defendants Jeffrey Thompson, Leah Lunger, Joseph Hernon, Brendan Stewart, Joseph Freedman, Nicholas Liuzza, Jr., Christopher R. Moe and Paul E. Funk*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA HENDERSON, derivatively on behalf of RED CAT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY THOMPSON, LEAH LUNGER, JOSEPH HERNON, GEORGE MATUS, GEOFFREY HITCHCOCK, BRENDAN STEWART, JOSEPH FREEDMAN, NICHOLAS LIUZZA, JR., CHRISTOPHER R. MOE, and PAUL E. FUNK,<br><br>Defendants,<br><br>and<br><br>RED CAT HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No.: 3:26-cv-00054-MMD-CLB<br><br>ORDER GRANTING<br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED that Defendant Geoffrey Hitchcock hereby substitutes and appoints Cooley LLP as attorneys of record in place of Snell & Wilmer LLP and Sheppard, Mullin, Richter & Hampton LLP.

Dated: August 19, 2026

By: Geoffrey Hitchcock
Geoffrey Hitchcock

Dated: August 19, 2026

By: /s/ Bradley T. August
Bradley T. Austin
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
Tel. (702) 784-5200
Fax. (702) 784-5252
baustin@swlaw.com

Robert D. Weber
*pro hac vice* forthcoming
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600 Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Dated: August 19, 2026

By: /s/ Michael N. Feder
Michael N. Feder
Nevada Bar No. 7332
DICKINSON WRIGHT PLLC
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4440
Fax: 844-670-6009
Email: mfeder@dickinson-wright.com

Koji Fukumura
Heather Speers
*pro hac vice* forthcoming
COOLEY LLP
10265 Science Center Drive
San Diego, CA 92121-1117
(858) 550-6000
Email: kfukumura@cooley.com
hspeers@cooley.com

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

Dated: August 21, 2026.